United States District Court
Southern District of Texas
**ENTERED**
December 01, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CORNELIUS MILAN HARPER, § § Plaintiff, § VS. § MUNICIPALITY OF BEE COUNTY § TEXAS, *et al*, § § Defendants. § | CIVIL NO. 2:18-CV-300 |

# ORDER

The Court is in receipt of Plaintiff's motion to reinstate this action, Dkt. No. 16, and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 17.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 17, and **DENIES** Plaintiff's motion to reinstate this action, Dkt. No. 16 .

SIGNED this 30th day of November 2021.

_____
Hilda Tagle
Senior United States District Judge